IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAY ADAMS                                                                                           PLAINTIFF

v.                          CASE NO. 3:19-CV-00001-BSM

FIRST NATIONAL BANK                                                                    DEFENDANT

## ORDER

Plaintiff Ray Adams is directed amend his complaint and application to proceed *in forma pauperis*. A vague allegation of discrimination without details as to when, how, or why Adams was discriminated against is insufficient to state a claim. *See* Fed. R. Civ. P. 8(a). The application to proceed *in forma pauperis* should respond to all questions on the form. If Adams fails to amend his complaint within thirty days, his claim will be dismissed. If he does not amend his application to proceed *in forma pauperis* or pay the filing fee within thirty days, his claim will be dismissed.

IT IS SO ORDERED this 8th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE