**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RAY ADAMS**                                                                        **PLAINTIFF**

**v.**                           **CASE NO. 3:19-CV-00001-BSM**

**FIRST NATIONAL BANK**                                                  **DEFENDANT**

**<ins>ORDER</ins>**

Plaintiff Ray Adams was directed amend his complaint [Doc. No. 2] and application to proceed *in forma pauperis* [Doc. No. 1] on January 8, 2019. Doc. No. 4. He was given thirty days to do so. Doc. No. 4. Adams has not filed an amended complaint or application to proceed *in forma pauperis*, and the thirty-day deadline has passed. His complaint is dismissed without prejudice.

IT IS SO ORDERED this 15th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE