IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAY ADAMS                                                         PLAINTIFF

v.                         CASE NO. 3:19-CV-00001-BSM

FIRST NATIONAL BANK                                               DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE